JS-6

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No.: 5-15-cv-02240-WDK-E |
| **Plaintiff,** | **ORDER** |
| vs. | |
| **MARTHA HALL, individually, and d/b/a THE BELLE** | |
| **Defendant** | |

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal Without Prejudice is Granted.

IT IS SO ORDERED on this 2nd day of February, 2016

*[signature]*

Judge William D. Keller
United States District Judge